USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/6/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,                    :

       *-against-*                                      :

ADEDAYO ILORI,                               :

              Defendant.          :

-----------------------------------------------------------x

21 Cr. 746 (MKV)

**ORDER**

Upon the application of Peter E. Brill, attorney for ADEDAYO ILORI, the defendant herein, and upon all prior proceedings herein, it is hereby

ORDERED, that the defendant, ADEDAYO ILORI, will be permitted to receive non--Bureau of Prisons-issued clothing at the MDC--or any other BOP facility in which he is confined--during the pendency of the trial of this matter, which is scheduled to begin on July 13, 2022. He is permitted to have two pairs of pants, two pairs of socks, two dress shirts, two suit jackets, two ties, two undershirts, one belt, and one pair of shoes to wear to court.

Dated: July _6_, 2022
      New York, New York

_____
Hon. Mary Kay Vyskocil
United States District Judge