```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/7/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
UNITED STATES OF AMERICA                :        **3500 PROTECTIVE ORDER**
:
- v. –                                              :
:        S1 21 Cr. 746 (MKV)
ADEDAYO ILORI,                                     :
:
Defendant.                        :
:
------------------------------------------------------X

   Upon the application of the United States of America, Damian Williams, United States Attorney for the Southern District of New York, by and through Daniel Nessim and Juliana Murray, Assistant United States Attorneys, of counsel, for an order precluding the dissemination of material produced pursuant to 18 U.S.C. § 3500 and/or *Giglio v. United States*, 405 U.S. 150 (1972) ("3500 Material"), and based on the Court's independent review,

   IT IS HEREBY ORDERED that (1) defense counsel must destroy or return to the Government all 3500 Material (and any copies thereof) at the conclusion of the trial of this matter or when any appeal has become final; (2) defense counsel and the defendant are precluded from disseminating any of the 3500 Material to anyone beyond the defendant, defense counsel, and any paralegal or staff employed by the defense; and (3) the defendant is precluded from taking or keeping any copies (paper or electronic) of the 3500 Material (except for 3500 Material produced for law enforcement agents) with him into any jail facility, whether before, during, or after trial; except that the defendant may review copies of the 3500 Material in the possession of defense counsel or any paralegal or staff employed by the defense, when in the presence of defense counsel

or any paralegal or staff employed by the defense.

Dated:      New York, New York
            July  7 , 2022

                                        _____
                                        THE HONORABLE MARY KAY VYSKOCIL
                                        UNITED STATES DISTRICT JUDGE