```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                Defendant.

21-cr-00746 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the arraignment and conference scheduled for July 20, 2022 at 11:00 AM is ADJOURNED to August 8, 2022 at 2:30 PM. In the interest of justice, all time from today to August 8, 2022 is excluded under the speedy trial act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial in that it will allow the defendant time to continue to prepare for trial. Defendant consents to the exclusion of time. [*See* ECF No. 62].

    IT IS FURTHER ORDERED that on or before July 25, 2022, Defense counsel shall file a letter confirming that he has spoken to the Defendant and advising the Court as to whether Defendant has decided to continue with current counsel.

    The clerk of court respectfully is requested to terminate docket entry 62.

**SO ORDERED.**

**Date: July 20, 2022**
      **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**