```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                Defendant.

21-cr-00746 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the arraignment and conference scheduled for August 8, 2022 at 2:30 PM is ADJOURNED to August 5, 2022 at 11:00 AM.

**SO ORDERED.**

Date:  **July 28, 2022**
       **New York, NY**

                                                   **MARY KAY VYSKOCIL**
                                                   **United States District Judge**