

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 24, 2022

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/24/2022
```

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Adedayo Ilori*,
>       S1 21 Cr. 746 (MKV)

Dear Judge Vyskocil:

    As the Court is aware, before his arrest in the instant case, the defendant was under conditions of pretrial release while facing charges in *United States v. Chancy et al.*, 20 Cr. 378 (LJL). Among other conditions, the defendant was subject to electronic monitoring for a period of his pretrial release. The defendant has requested that the Government obtain records from Pretrial Services concerning the defendant's electronic monitoring during the term of his pretrial release. Based on the Government's communications with Pretrial Services, the Government understands that Pretrial Services requires a court order to release this information. Accordingly, with the consent of the defendant, the Government respectfully requests that the Court order Pretrial Services to produce the defendant's electronic monitoring data to the Government, which will then share it with the defendant.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/
   Juliana N. Murray
   Daniel G. Nessim
   Assistant United States Attorneys
   (212) 637-2314 / -2486

**Granted. SO ORDERED.**

Date: 8/24/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge