```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

Defendant.

21-cr-00746 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the final pretrial conference will take place on October 20, 2022 at 12:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.

**SO ORDERED.**

**Date: October 12, 2022**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**