USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                 Defendant.

21-cr-00746 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Upon the application of Peter E. Brill, attorney for ADEDAYO ILORI, the defendant herein, it is hereby

      ORDERED that the Bureau of Prisons ("BOP"), the Metropolitan Detention Center ("MDC"), and the United States Marshals Service ("USMS") accept clothing for ADEDAYO ILORI, to wear for appearances at his trial scheduled to commence on October 25, 2022 and continuing thereafter. Specifically, the BOP, MDC, and USMS shall accept up to two pairs of pants, two pairs of socks, two dress shirts, two suit jackets, two ties, two undershirts, one belt (to the extent permitted under BOP rules and regulations), one pair of shoes, and five pairs of underwear, and shall permit such clothing to be made available to the defendant prior to each Court date in this case. In addition, the defendant shall be permitted to change into business attire daily prior to each appearance. The BOP shall determine where such clothing should be stored when not worn for trial.

      Counsel for the defendant shall deliver a copy of this Order to the appropriate personnel at the MDC and coordinate with the appropriate personnel to retrieve, clean, and return clothes as necessary for the duration of the trial.

SO ORDERED.

Date:  October 19, 2022
       New York, NY

**MARY KAY VYSKOCIL**
United States District Judge