```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

Defendant.

21-cr-00746 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

Upon the application of Peter E. Brill, attorney for ADEDAYO ILORI, the defendant herein, it is hereby ORDERED that the Metropolitan Detention Center ("MDC") permit ADEDAYO ILORI to access the law library from Friday, October 21, 2022, through Friday, October 28, 2022.  Counsel for the defendant shall deliver a copy of this Order to the appropriate personnel at the MDC.

**SO ORDERED.**

**Date:  October 21, 2022**
**New York, NY**

MARY KAY VYSKOCIL
United States District Judge