```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                              :

UNITED STATES OF AMERICA        :

       -against-              :      **ORDER**

Adedayo Ilori                    :      21-cr-746-1 (MKV)
                                              :         Docket #
------------------------------------x

**Mary Kay Vyskocil**, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case **Peter Brill** is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned matter is assigned to **Avraham Chaim Moskowitz**, NUNC-PRO-TUNC **11/1/2022**.
    Attorney's Name

                                     **SO ORDERED.**

                                */s/ Mary Kay Vyskocil*
                              UNITED STATES DISTRICT JUDGE

**Dated:   New York, New York**