```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                  Defendant.

21-cr-746 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On November 1, 2022, Defendant Adedayo Ilori was convicted by a jury. Shortly after the verdict, the Court informed the parties that sentencing would take place on January 31, 2023 at 11:00 am in Courtroom 18C of the Daniel Patrick Moynihan Courthouse. At the Defendant's request, the Court relieved Peter Brill and appointed new counsel, Avraham Chaim Moskowitz. [ECF No. 86.]

      It is therefore ORDERED that the above-captioned case is referred to Probation for a Presentence Investigation Report as to the Defendant. Defense counsel shall contact Probation to schedule an interview of the Defendant within fourteen days of this Order, or as soon as possible thereafter. No interview shall take place without defense counsel present. The Defendant shall provide truthful and complete information to Probation. The government shall provide to probation a statement of facts within fourteen days of this Order.

      IT IS FURTHER ORDERED that the Defendant's sentencing submission is due on January 17, 2023. The government's submission is due on January 24, 2023.

**SO ORDERED.**

Date:  November 2, 2022
        New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**