```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                Defendant.

21-cr-746 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

    It is HEREBY ORDERED that the sentencing of Defendant Adedayo Ilori previously scheduled for January 31, 2023 is ADJOURNED to April 11, 2023 at 2:00 PM.

    The Clerk of Court is respectfully requested to terminate docket entry 108.

**SO ORDERED.**

Date: **January 6, 2023**
     **New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**