UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/2023

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

Defendant.

21-cr-746 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

It is HEREBY ORDERED that the sentencing of Defendant Adedayo Ilori previously scheduled for April 11, 2023 is ADJOURNED to May 8, 2023 at 2:00 PM.

The Clerk of Court is respectfully requested to terminate docket entry 110.

**SO ORDERED.**

**Date: January 17, 2023**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**