```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                Defendant.

21-cr-746 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a motion to appoint counsel filed by Defendant Adedayo Ilori. [ECF No. 112.] Requests to have an associate counsel assigned must be filed through the e-voucher system, not by letter motion. The parties are directed to contact the CJA Office for assistance or additional questions.

    The Clerk of Court is respectfully requested to terminate docket entry 112.

**SO ORDERED.**

**Date: March 2, 2023**
**New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**