**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
    -against-                 :            **ORDER**
:
:
:
:                    _____
:                      Docket #
------------------------------------x

_____, **DISTRICT JUDGE:**
    Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.
                                       Attorney's Name

                                       SO ORDERED.

*[Signature: Mary Kay Vyskocil]*
                               UNITED STATES DISTRICT JUDGE

Dated: **May 30, 2023**
       **New York, New York**