USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/30/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                Defendant.

21-cr-746 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of letters from both parties regarding the sentencing of Defendant Ilori. *See* Letter [ECF No. 129]; Sentencing Letter [ECF No. 130]. Defendant requested three weeks to review the trial record, exhibits, and related materials. [ECF No. 129.] Three weeks has now passed.

    On or before July 10, 2023, Defendant is directed to file a formal letter clearly stating whether he is requesting a *Fatico* hearing and, if so, explaining the issues he seeks to address and providing legal authority. Any response by the Government should be filed on or before July 17, 2023.

**SO ORDERED.**

Date: June 30, 2023
       New York, NY

**MARY KAY VYSKOCIL**
United States District Judge