USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,
                Defendant.

21-cr-746 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of letters from both parties regarding the sentencing of Defendant Adedayo Ilori. *See* Letter Moton [ECF No. 136]; Letter Motion [ECF No. 139].

Defendant requests a *Fatico* Hearing. [ECF No. 136.] There is no need to schedule a separate *Fatico* hearing, as Defendant will have ample opportunity to discuss these issues at sentencing. *See United States v. Slevin*, 106 F.3d 1086, 1091 (2d Cir. 1996) (explaining that a "district court is not required, by either the Due Process Clause or the federal Sentencing Guidelines, to hold a full-blown evidentiary hearing in resolving sentencing disputes" so long as "the court afford[s] the defendant some opportunity to rebut the Government's allegations." (citation and quotation marks omitted)). Accordingly, Defendant's motion for a *Fatico* hearing is DENIED.

The Government requests that this Court set a sentencing date. [ECF No. 139.] That motion is GRANTED. The sentencing of Defendant Ilori is scheduled for October 6, 2023 at 11:00 AM.

The Clerk of Court is respectfully requested to terminate ECF Nos. 136 and 139.

**SO ORDERED.**

Date: **August 8, 2023**
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**