USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                Defendant.

21-cr-746 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In preparing for the sentencing of Mr. Ilori (again), the Court has discovered that it is not in possession of several exhibits introduced at trial and referenced in the parties' recent submissions. [*See* ECF Nos. 129, 130, 138.] Accordingly, the sentencing of Mr. Ilori is ADJOURNED from October 6, 2023 at 11:00 AM to October 23, 2023 at 11:00 AM.

The parties are HEREBY DIRECTED to provide the Court with copies of the following exhibits on or before **October 5, 2023 at 6:00 PM**:

- Government Exhibit 162
- Government Exhibit 163
- Government Exhibit 166
- Government Exhibit 530
- Government Exhibit 589
- Government Exhibit 590
- Government Exhibit 610
- Government Exhibit 730
- Government Exhibit 750

To the extent that there are disputes with respect to monetary penalties, the Court notes that <u>no issues</u> have been raised with the Court by Mr. Ilori in advance of sentencing, as required by this Court's Individual Rules of Practice in Criminal Cases. *See* Indiv. Rule 6.D.

**SO ORDERED.**

**Date: October 4, 2023**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**