```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

　　　　　　　　　　Defendant.

21-cr-746 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

　　The Court is in receipt of a sentencing submission by Defendant Ilori dated October 10, 2023. The Government is directed to respond to this submission on or before October 13, 2023.

**SO ORDERED.**

Date: October 10, 2023
　　　New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**