USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ADEDAYO ILORI,

                              Defendant.

21-cr-746 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On March 27, 2026, the Second Circuit vacated Defendant Adedayo Ilori's conviction and remanded to this Court for further proceedings consistent with that order.  [ECF No. 164].  On May 18, 2026, the Second Circuit issued the mandate.  [ECF No. 165].

Accordingly, IT IS HEREBY ORDERED that the parties shall appear for a status conference on **May 28, 2026 at 10:00 AM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007.  At the conference, the parties shall be prepared to discuss the retrial of this case.

**SO ORDERED.**

**Date:  May 18, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**