

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 19, 2026

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: __5/19/2026__ |

**<u>BY ECF</u>**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:    *United States v. Adedayo Ilori*, **21 Cr. 746 (MKV)**

Dear Judge Vyskocil:

Following yesterday's issuance of the Second Circuit's mandate and this Court's scheduling a status conference to be held on May 28, 2026 at 10 a.m., (Dkt. 165, 166), and after conferring with defendant Adedayo Ilori's appellate counsel, Robert A. Culp, Esq., of Garrison, New York, the Government respectfully writes, with the consent of Mr. Culp, to make two requests and provide an update as to Ilori's current housing.

First, the Government requests that the Court appoint Ilori counsel in this District, as Mr. Culp has advised that, among other things, he does not do trial work and will not be representing Ilori in the district court. Second, the Government, with Mr. Culp's consent, requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from today, May 19, 2026, through and including May 28, 2026, the date of the next conference. The Government respectfully submits that an exclusion of time under 18 U.S.C. § 3161(h)(7)(A) would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy retrial because it would allow for the appointment of new counsel, the defendant's transportation to this District, and the parties to engage in discussions regarding a potential resolution of the matter without the need for a retrial.

Hon. Mary Kay Vyskocil
May 19, 2026
Page 2

Finally, the Government notes that Ilori is currently housed at FMC Devens, in Ayer, Massachusetts. The Government is in the process of conferring with the U.S. Marshals Service to facilitate Ilori's transportation to this District. If the Government learns of any information indicating that Ilori will not arrive in time for the next status conference on May 28, 2026, the Government will promptly inform the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/_____
David R. Felton
Juliana N. Murray
Daniel G. Nessim
Assistant United States Attorneys
(212) 637-2299 / -2314 / -2486

cc:     Appellate Counsel Robert A. Culp, Esq. (by e-mail)

The government shall advise the Court as soon as the defendant is in the district. The court refers the matter to the duty magistrate judge for the purposes of appointing counsel. All time is excluded between today and May 28th, 2026 under the Speedy Trial Act

SO ORDERED.

Date: __5/19/2026__
New York, New York

Mary Kay Vyskocil
United States District Judge